Estate of  Mary  Grant  Smith.    Appeal  of  the  Commonwealth  of  Pennsylvania.

Argued Jan. 24, 1898.   Appeal, No. 463, Jan. T., 1897, by commonwealth of Pennsylvania, from decree of O. C. Phila. Co., April T., 1897, No.     , dismissing exceptions to adjudication. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ.   Affirmed.

*Francis A. Osbourn, John C. Grady, John P. Elkin* and *Henry C. McCormick*, attorney general, for appellants.

*Rowland Evans* and *R. L. Ashhurst*, for appellees.

OPINION BY MR. CHIEF JUSTICE STERRETT, April 24, 1899:
This and three other cases involving substantially the same questions were argued at last term with Commonwealth's Appeal, Portuondo's Estate, No. 440, January term, 1897, in which an opinion has just been filed deciding the act of May 12, 1897, unconstitutional, etc., ante, p. 28.

For reasons given in that opinion the decree of the court below in this case must be affirmed.

Decree affirmed and appeal dismissed at appellant's costs.